B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>GUNN, REGINALD | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>GUNN, REGINALD JODIE | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>9821 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>8228 S. MOZART STREET, CHICAGO IL<br>ZIP CODE 60652 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>COOK | County of Residence or of the Principal Place of Business:<br>ZIP CODE |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box.)

- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment
  on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

KENNETH S. GARDNER, CLERK
PS-PP-DBM

JUN 15 2010

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (4/10)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>GUNN, REGINALD |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| **Voluntary Petition** | Page 3 |
|---|---|
| *(This page must be completed and filed in every case.)* | Name of Debtor(s): GUNN, REGINALD |

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Reginald Gunn_
   Signature of Debtor

X _____
   Signature of Joint Debtor

773-614-3571
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
X
Address

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Gunn, Reginald
_____
Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) — Cont.                                                      Page 2

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Reginald Swann_

Date: _6 / 14 / 10_

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re _____<u>Gunn, Reginald</u>_____,          Case No. _____
                    Debtor

                                                        Chapter _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 4270.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 32 | | $ 279770.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1440.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ -1030.00 |
| TOTAL | | 46 | $ 4270.00 | $ 279770.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

Northern District Of Illinois

In re _____ Gunn, Reginald _____ ,
Debtor

Case No. _____

Chapter ___ 7 ___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $11000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $11000.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $1440.00 |
| Average Expenses (from Schedule J, Line 18) | $2470.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $1960.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $279770.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $279770.00 |

B6A (Official Form 6A) (12/07)

In re  GUNN, REGINALD
       _____,                    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  GUNN, REGINALD _____,   Case No. _____
      **Debtor**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 8228 S.MOZART, CHIGAGO, IL | | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BOA-CHECKING #***5871 | | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | (3) Bedroom Sets (2) T.V's (19" & 42") 8228 S. Mozart, Chicago, IL | | 1,200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Men & Children's Clothing 8228 S. Mozart. | | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  GUNN, REGINALD _____ ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re ___Gunn, Reginald___,
  Debtor

Case No. _____
                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Oldsmobile Achieva 8228 S, Mozart Chicago, IL 60652 | | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___0___ continuation sheets attached    Total▶  $4270.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**B6C (Official Form 6C) (04/10)**

In re _____Gunn, Reginald_____,                Case No. _____
                 **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH ON HAND | 735 ILCS 5/12-1001(b) | 70.00 | 70.00 |
| VEHICLE 1996  ACHIEVA | 735 ILCS 5/12-1001(c) | 500.00 | 500.00 |
| HOUSE HOLD GOODS AND FURNISHINGS | 735 ILCS 5/12-1001(b) | 1200.00 | 1200.00 |
| WEARING APPAREL | 735 ILCS 5/12-1001(a) | 1500.00 | 1500.00 |
| GROSS EARNINGS | 735 ILCS 5/12-803 | 25480.00 | 25480.00 |

_____

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  GUNN, REGINALD                              ,          Case No. _____
                 **Debtor**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

| | $ 0.00 | $ 0.00 |
|---|---|---|
| | $ 0.00 | $ 0.00 |

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  GUNN, REGINALD                          ,        Case No. _____
                     **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 0,00        $ 0,00

Total(s) ▶
(Use only on last page)

$ 0,00        $ 0,00

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  GUNN. REGINALD                              ,                    Case No._____
                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6E (Official Form 6E) (04/10) – Cont.

**In re** _GUNN. REGINALD_____ ,     **Case No.**_____
_____Debtor_____                              _(if known)_

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____ continuation sheets attached

B 6E (Official Form 6E) (04/10) -- Cont.

In re  GUNN, REGINALD                    ,          Case No. _____
              **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $ 0.00 | $ 0.00 | 0.00 |
|---|---|---|---|---|
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | 0.00 | 0.00 |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 0.00 | $ | $ |

B 6F (Official Form 6F) (12/07)

In re  GUNN, REGINALD                          ,                    Case No. _____
             Debtor                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 314963---------- <br><br> Southwestern Bell <br> P.O Box 930170 <br> Dallas, Texas 75393-0170 | | | Jan,1999 | | | | 2,500.00 |
| ACCOUNT NO. 337173---------- <br><br> Risk Management Alternativ <br> 1330 Broadway ste. 310 <br> Oakland CA. 94612 | | | May, 2001 <br> original creditor: <br> Southwestern Bell | | | | 2,500.00 |
| ACCOUNT NO. 9633------------- <br><br> Transcontinental Adjustment <br> 3245 Hampton Ave. Ste. 200 <br> P.O. Box 20468 St. Louis MO | | | June, 2002 <br> original creditor: <br> Southwestern Bell | | | | 2,500.00 |
| ACCOUNT NO. <br><br> Southwest Credit Systems <br> PO box 115151 <br> CArrollton, Texas 75011 | | | Feb, 2000 <br> original creditor: <br> Southwestern Bell | | | | 2,500.00 |

____ continuation sheets attached

                                                            Subtotal ▶ | $ | 10,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GUNN, REGINALD_____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> National Collection Consultan <br> p.o. box  No. 94410 <br> Little Rock, AR. 72190 | | | January 2000 <br> original creditor: <br> Southwestern Bell | | | | 2,500.00 |
| ACCOUNT NO. 9414459166-1 <br> Sallie Mae <br> P.O. box 9500 <br> Wilkes Barre, PA. 18773 | | | August 2008 <br> Student Loan | | | | 11,000.00 |
| ACCOUNT NO. 7734889001273 <br> SBC <br> SBC Bill Payment Center <br> Chicago, IL. 60663-0001 | | | January 2004 | | | | 400.00 |
| ACCOUNT NO. <br> Portfolio Recovery Associate <br> 120 Corporate Blvd. Ste. 100 <br> Norfolk, VA. 23502 | | | April 2006 <br> Original Creditor: <br> Southwestern Bell | | | | 700.00 |
| ACCOUNT NO. 7784208 <br> Collection Company of Ameri <br> p.o. box 806 <br> Norwell, MA 02061-0806 | | | Original Creditor: SBC | | | | 400.00 |

Sheet no.  2  of 32  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  15,000.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald _____,        Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 773 488-9001 D | | | January, 2004 | | | | |
| At&T p.o. box 8212 Aurora IL. 60572-8212 | | | | | | | 700.00 |
| ACCOUNT NO. 210150------------ | | | April, 2000 | | | | |
| Schnucks p.o. box 28429 Saint Louis, MO 63146 | | | | | | | 100.00 |
| ACCOUNT NO. 313606---------- | | | Feburary, 2004 | | | | |
| Financial Recovery Services, p.o. box 385908 Minneapolis, MN 55438 | | | | | | | 800.00 |
| ACCOUNT NO. 20001127-39035 | | | March, 2000 | | | | |
| Office of prosecuting attorney 7900 Carondelet Ave. St. Louis County, MO 63105 | | | | | | | 100.00 |
| ACCOUNT NO. 93319902 | | | March, 2000 | | | | |
| Shop n Save p.o. box 220068 Kirkwood, MO 63122 | | | | | | | 100.00 |

Sheet no. **3** of **32** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1,800.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Gunn, Reginald_____,          Case No. _____
               **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1793<br><br>Kramer & Frank, P.C.<br>9666 Olive Boulevard,ste 450<br>St. Louis MO. 63132-308 | | | January, 2001<br>Original Creditor : Shop N' Save | | | | 500.00 |
| ACCOUNT NO. 1793-2<br><br>Kramer & Frank, P.C.<br>9666 Olive Boulevard,ste 450<br>St. Louis MO. 63132-308 | | | January, 2001<br>Original Creditor : Shop N' Save | | | | 400.00 |
| ACCOUNT NO. 222769044<br><br>SKO Brenner American, INC.<br>P.o. box 230 Farmingdale,<br>NY. 11735 | | | March 2008<br>Original Creditor: Proactive | | | | 50.00 |
| ACCOUNT NO. AM037472920<br><br>Interstate IndemnityCompany<br>6640 S. Cicero Ave.<br>Bedford Park, IL 60638 | | | March 2001<br>(case no. 010032389) | | | | 300.00 |
| ACCOUNT NO. 416460080<br><br>Sprint c/o Credit Department<br>1099 18th Street, ste 1400<br>Denver, CO. 80202 | | | Feburary 1999 | | | | 2,000.00 |

Sheet no. __4__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ► | $ 3,250.00 |
|---|---|---|
| | Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Gunn, Reginald_,                    Case No. _____
          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0092210997-9 <br><br> Sprint c/o Credit Department <br> p.o. box 219554 <br> Kansas City, MO. 64121 | | | April, 2002 | | | | 400.00 |
| ACCOUNT NO. 0125301470 <br><br> St. Johns Mercy Medical <br> p.o. box 18057-B <br> St. Louis, MO. 63160 | | | December 2002 <br> copay | | | | 10.00 |
| ACCOUNT NO. A0125301470 <br><br> St. Johns Mercy Medical <br> p.o. box 502966 <br> St. Louis, MO. 63160-0560 | | | November 2002 <br> copay | | | | 10.00 |
| ACCOUNT NO. 15182 <br><br> Bryan R. Troop, 621 South <br> New Ballas Road Ste. 560 <br> Tower A St. Louis, MO 63141 | | | November 2002 <br> M.D. ID# 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 | | | | 100.00 |
| ACCOUNT NO. 80900690 <br><br> St. Louis Post-Dispatch <br> p.o. box 66992 <br> St. Louis, MO 63166 | | | January 1999 | | | | 100.00 |

Sheet no. __5__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  620.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GUNN, REGINALD _____,       Case No. _____
                                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 813180890  St. Louis Post-Dispatch p.o. box 66992 St. Louis, MO. 63166-6992 | | | January 1999 | | | | 100.00 |
| ACCOUNT NO. 211904  Star Video 28 Stonegate Center, Valley Park, MO. 63088 | | | March 2001 | | | | 20.00 |
| ACCOUNT NO. S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  US Department of Education p.o. Box 4169 Greenville, TX. 75403-4169 | | | August 2002 Student Loan | | | | 2,000.00 |
| ACCOUNT NO. 01012560455  GRC General Revenue p.o. box 495999-0147 Cincinnati,OH 45249 | | | June 2002 | | | | 900.00 |
| ACCOUNT NO. 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  Direct Loan p.o. Box 530260 Atlanta, GA 30353 | | | July 2001 Student Loan | | | | 5,000.00 |

Sheet no.__6__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  8,020.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GUNN, REGINALD                                    ,        Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4876-809948 |  |  | 2008 |  |  |  |  |
| TCF National Bank PO BOX 170995 Milwaukee, WI 53217 |  |  |  |  |  |  | 100.00 |
| ACCOUNT NO. 1438965233 |  |  | 2008 |  |  |  |  |
| TCF Bank 801 Marquette Ave Minneapolis, MN 55402-3475 |  |  |  |  |  |  | 300.00 |
| ACCOUNT NO. 1438965233 |  |  | 2008 |  |  |  |  |
| TCF National Bank Attn: Mail Code 268-01-L 500 Joliet Road Willowbrook, IL. 60527 |  |  |  |  |  |  | 300.00 |
| ACCOUNT NO. 1438965233 |  |  | 2008 |  |  |  |  |
| TCF National Bank 800 Burr Ridge Parkway, Burr Ridge, IL.60521 |  |  |  |  |  |  | 300.00 |
| ACCOUNT NO. 843302 |  |  |  |  |  |  |  |
| ACC International ACC Bldg. 919 Estes Court Schaumburg, IL. 60193-4427 |  |  |  |  |  |  | 200.00 |

Sheet no. __7__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1,200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                    ,          Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01-001340-8493 <br><br> TCI Cable <br> 5711 S. Western <br> Chicago, IL 60636 | | | 1998 | | | | 200.00 |
| ACCOUNT NO. 93319-00 <br><br> Telephone Credit Union <br> 4650 Hampton Avenue <br> St. Louis, MO. 63109 | | | 2000 | | | | 200.00 |
| ACCOUNT NO. 93319-90 <br><br> Telephone Credit Union <br> 4650 Hampton Avenue <br> St. Louis, MO. 63109 | | | 2000 | | | | 200.00 |
| ACCOUNT NO. 2079354 <br><br> Client Services, Inc. 3451 <br> Harry S Truman Blvd. St. <br> Charles, MO. 63301 | | | 2000 | | | | 200.00 |
| ACCOUNT NO. 76504 <br><br> Ervins Auto Sales <br> 3611 Morganford <br> St. Louis, MO. 63116 | | | 2001 | | | | 2,000.00 |

Sheet no. __8__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2,800.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                               ,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 021250<br><br>Stein & Rotman<br>105 West Madison St.<br>Chicago, IL 60602 | | | 2002 | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Top Value Exhaust Systems, Inc. 36887 Schoolcraft<br>Livonia, MI. 48150 | | | 1993 | | | | 400.00 |
| ACCOUNT NO. 717837533<br><br>U.S. Cellular<br>p.o. Box 0203<br>palatine, IL. 60055-0203 | | | 2008 | | | | 500.00 |
| ACCOUNT NO. 72430<br><br>United Cash Loans<br>3533 N Carson St. #5020<br>Carson City, NV 89706 | | | 2004<br>revolving loan | | | | 300.00 |
| ACCOUNT NO. NV10209100064<br><br>North Shore Agency-NV1-S1<br>p.o. box 8901<br>Westbury, NY. 11590-8901 | | | 2002 | | | | 10.00 |

Sheet no. ___9___ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     2,210.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Gunn, Reginald                                         ,          Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -------5813<br><br>University Accounting Service LLC p.o. box 5291 Carol Stream, IL. 60197-529 | | | 2007<br>Devry-Education Debt | | | | 100.00 |
| ACCOUNT NO. 2110<br><br>U-Stor-It 87th Street 1001 E. 87th Street Chicago, IL. 60619 | | | 2005 | | | | 300.00 |
| ACCOUNT NO. Reginald Gunn<br><br>VIBE p.o. box 59578 Boulder, CO. 80322-9578 | | | 2002 | | | | 100.00 |
| ACCOUNT NO. 021600478257<br><br>The Wall Street Journal 200 Burnett Road Chicopee, Massachusetts 01020 | | | 2000 | | | | 100.00 |
| ACCOUNT NO. 0934000021671<br><br>PFG of MINNESOTA 7825 Washington Ave. S. Ste. 310 Minneapolis, MN. 55439-240 | | | 2008<br>Original Creditor: Washington Mutual | | | | 1,000.00 |

Sheet no. __10__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    1,600.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald _____,  Case No. _____
Debtor  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GILLSVI<br><br>The St. Michael School<br>6345 Wydown Boulevard<br>St. Louis, MO. 63105 | | | September 2001 | | | | 4,000.00 |
| ACCOUNT NO. Victor Gunn<br><br>Whitfield School<br>175 South Mason Road<br>St. Louis, MO 63141 | | | August 2001 | | | | 300.00 |
| ACCOUNT NO. 115350-01<br><br>Warrior Premium Pymt Services p.o. box 389032<br>Chicago, IL. 60638-9032 | | | 2002 | | | | 100.00 |
| ACCOUNT NO. 49714800<br><br>Warrior Premium Payment Services, L.P. 6640 S. Cicero Ave. Bedford Park, IL. 60638 | | | 2002<br>Premium payment | | | | 100.00 |
| ACCOUNT NO. MOPP 497148-0<br><br>American Service Insurance<br>9801 West Higgins Road<br>Rosemont, IL. 60018-4704 | | | 2002 | | | | 200.00 |

Sheet no. __11__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4,700.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                    ,          Case No. _____
               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 92000003197<br><br>South Side YMCA<br>6330 S. Stony Island<br>Chicago, IL. 60637 | | | 2003 | | | | 600.00 |
| ACCOUNT NO. 24000007034<br><br>Rauner YMCA<br>2700 S. Western Avenue<br>Chicago, IL. 60608 | | | 2007 | | | | 100.00 |
| ACCOUNT NO. 6036<br><br>A Storage Inn<br>14086 Manchester Rd.<br>Ballwin, MO. 63011-4514 | | | 2002 | | | | 100.00 |
| ACCOUNT NO. 7248<br><br>Audrey and Bessie Taylor<br>p.o. box 490645<br>Chicago, Il. 60649 | | | November 2007<br>Past Rent | | | | 1,500.00 |
| ACCOUNT NO.<br><br>CaCi<br>p.o. box 270480<br>St. Louis MO., 63127 | | | April 2003<br>Original Creditor<br>AAA Checkmate | | | | 400.00 |

Sheet no. __12__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2,700.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                ,              Case No. _____
_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. --------4217<br><br>AccountSecure 200 SomersetCorporate Blvd. Ste100Bridgewater,NJ.08807 | | | 2003 | | | | 1,000.00 |
| ACCOUNT NO. C03284644<br><br>BFC Insurance Agency p.o. box 6983 Bridgewater,NJ.08807 | | | 2003 | | | | 1,000.00 |
| ACCOUNT NO. 66742184<br><br>Murphy-Martin Recovery, Inc. 3601 Swann Ave. Ste. 112 Tampa, Fl. 33609 | | | 2001<br>Original Creditor:<br>Ackerman Buick | | | | 1,000.00 |
| ACCOUNT NO. 675540<br><br>National Check Control 55 Hartz Way, Ste. 202 Secaucus, NJ 07094 | | | 2003<br>Original Creditor:<br>Ackerman Buick | | | | 1,000.00 |
| ACCOUNT NO. 92-6343214<br><br>Advocate Christ Medical Center p.o. box 3597 Springfield, IL 62708 | | | 2004 | | | | 100.00 |

Sheet no. __13__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   4,100.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                    ,        Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P18213899 <br><br> Allied Interstate, Inc. <br> p.o. box 361774 <br> Columbus, OH. 43236 | | | January2005 | | | | 900.00 |
| ACCOUNT NO. 4641 145 6601 2 <br><br> Ameren UE One <br> p.o. box 66149 <br> St. Louis, MO 63166 | | | April 2000 | | | | 100.00 |
| ACCOUNT NO. 84526-08118 <br><br> Ameren <br> p.o. box 66700 <br> St. Louis, MO 63166 | | | March 2002 | | | | 100.00 |
| ACCOUNT NO. 79544 <br><br> American Credit Systems <br> 41743 Enterprises Circle N. , <br> Ste. 204 Temecula, Californi | | | May 2002 <br> Original Creditor: Mikes Movies | | | | 100.00 |
| ACCOUNT NO. <br><br> National Audit Services <br> 41743 Enterprise Circle N <br> #203 Temecula, California 92 | | | May 2002 <br> Original Creditor: Mikes Movies | | | | 100.00 |

Sheet no. __14__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ 1,300.00

Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald_____,          Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1068200-99 <br><br> Credit Pac <br> p.o. box 967 <br> Tinley Park, IL. 60477-0967 | | | 1998 <br> Orignal Creditor: <br> Ameritech | | | | 800.00 |
| ACCOUNT NO. 7736511003656 <br><br> Ameritech p.o. box 4520 <br> Carol Stream, IL. <br> 60197-4520 | | | 1998 | | | | 300.00 |
| ACCOUNT NO. 72088262*1 <br><br> Northland Group Inc. p.o. box <br> 390846 Edina, MN 55439 <br> Mail Code S34 | | | 1995 <br> Original creditor: Sherwan <br> Aquisitions | | | | 700.00 |
| ACCOUNT NO. 0004481791 <br><br> Ameritech Department 0076 <br> Cincinnati, OH. 45274-0076 | | | 1995 | | | | 200.00 |
| ACCOUNT NO. -----------0001 <br><br> Allied Interstate, Inc. <br> Specialties Division p.o. box <br> 1471 Minneapolis, MN.55440 | | | 1997 | | | | 200.00 |

Sheet no.  15  of  32  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2,200.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald _____,                    Case No. _____
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 481791<br><br>Diversified Adjustment<br>600 Coon Rapids Blvd.<br>Coon Rapids, MN 55433 | | | 1997 | | | | 200.00 |
| ACCOUNT NO. 46611106<br><br>Merchants Credit Guide Co.<br>233 W. Jackson Blvd.<br>Chicago, IL. 60606 | | | 2006 | | | | 800.00 |
| ACCOUNT NO. 46611106<br><br>ER Solutions, Inc. 500 SW<br>7th St. #A 100 p.o. box 9004<br>Renton, WA. 98057 | | | 2006 | | | | 200.00 |
| ACCOUNT NO. ---------3136<br><br>Capital Management<br>Services, Inc. 2201 Niagara<br>Street Buffalo, NY 14207 | | | 2002 | | | | 800.00 |
| ACCOUNT NO. P76121<br><br>HomeComings Financial .<br>7801 Metro Parkway,Ste.100<br>Blomington, MN 55425 | | | 2000 | | | | 700.00 |

Sheet no. __16__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ 2,700.00

Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                        ,        Case No. _____
           **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1177456167 Resurgent Capital Services, L.P. p.o. box 5025 Sioux Falls, SD. 57117-5025 | | | June 2000 | | | | 400.00 |
| ACCOUNT NO. 160037794 Wolpoff & Abramson 702 King Farm Blvd. Rockville, MD 20850 | | | 2006 | | | | 400.00 |
| ACCOUNT NO. 1136077 At&T p.o. box 8212 Aurora, IL. 60572-8212 | | | 2005 | | | | 400.00 |
| ACCOUNT NO. 00090527 JNR Adjustment Company Inc. 520 N. Semoran Blvd. Ste. 250 Orlando, FL 32807 | | | 2005 Original Creditor: Avis Budget Group | | | | 13,000.00 |
| ACCOUNT NO. 08B113643 Avis Budget Group, Inc. p.o. box 592188 Orlando, Fl. 32859-2188 | | | 2007 | | | | 13,000.00 |

Sheet no. __17__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 27,200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                          ,          Case No. _____
          **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BUD-0444458 Budget Rent a Car PO BOX 95322 Chicago, IL 60694 | | | Feburary 2004 | | | | 13,000.00 |
| ACCOUNT NO. MVA5488066 Avis Budget Group-Elk Grove Village 1000 S. Elmhurst Rd. Elk Grove, IL 60007 | | | 2005 | | | | 18,000.00 |
| ACCOUNT NO. 138237249 Budget Group, Inc 300 Centre Pointe Drive, Virginia Beach, VA 23462 | | | 2008 Toll Violation | | | | 50.00 |
| ACCOUNT NO. 138237250 Budget Group, Inc 300 Centre Pointe Drive, Virginia Beach, VA 23462 | | | 2008 Toll Violation | | | | 50.00 |
| ACCOUNT NO. 138237251 Budget Group, Inc 300 Centre Pointe Drive, Virginia Beach, VA 23462 | | | 2008 Toll Violation | | | | 50.00 |

Sheet no. __18__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  31,150.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald _____,        Case No. _____
_____**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08123 <br><br> William H. Hunter Attorney at Law 29 South LaSalle Street Ste. 950 Chicago, IL. 60603 | | | 2008 | | | | 13,000.00 |
| ACCOUNT NO. 1127 <br><br> check n go of Missouri Inc. 12271 Natural Bridge Road Bridgeton, MO. 63044 | | | 2000 | | | | 500.00 |
| ACCOUNT NO. 1213 <br><br> FBCS 841 E. Hunting Park Ave. Philadelphia, PA. 19124-4824 | | | 2007 | | | | 400.00 |
| ACCOUNT NO. 626 <br><br> FBCS 841 E. Hunting Park Ave. Philadelphia, PA. 19124-4824 | | | 2007 | | | | 400.00 |
| ACCOUNT NO. UP301188 <br><br> Paragon Way, Inc. 2101 W. Ben White Blvd. #10 Austin, TX. 7870 | | | 2006 | | | | 400.00 |

Sheet no. __19__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 14,700.00

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                    ,          Case No. _____
_____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. UP301188 <br><br> National Check Bureau, Inc. Legal Department 11802 Conrey Road, Cincinnati, OH | | | 2001 | | | | 400.00 |
| ACCOUNT NO. 4256856 <br><br> Biehl & Biehl p.o. box 87410 Carol Stream, IL. 60188-7410 | | | 2007 Original Creditor: Chicago Tribune | | | | 20.00 |
| ACCOUNT NO. 000311330 <br><br> Citizens National Bank 7305 Manchester St.Louis MO. 63143 | | | 2000 | | | | 600.00 |
| ACCOUNT NO. <br><br> Drive p.o. box 660633 Dallas, TX. 75266-0633 | | | 2001 | | | | 400.00 |
| ACCOUNT NO. <br><br> National Credit Corporation p.o. box 3320 Farmington Hills, MI. 48333 | | | 1995 | | | | 600.00 |

Sheet no. __20__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   2,020.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald_____,          Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7248<br><br>Compass Investment Group P.o. box 0030 Chicago, Il. 60690 | | | March 2008 | | | | 3,000.00 |
| ACCOUNT NO. 5540947<br><br>Credit Acceptance Corp. p.o. box 551888 Detroit, MI. 48255-1888 | | | June 2008 Revolving Loan | | | | 1,500.00 |
| ACCOUNT NO. 10154<br><br>Credit Acceptance Corp. p.o. box 5107 Southfield, MI. 48086-5107 | | | 2000 | | | | 4,000.00 |
| ACCOUNT NO. 8700A<br><br>Daniels Realty Group, Inc. 12882 Manchester Road, Ste. 201 Des Peres, MO. 631 | | | 1999 | | | | 2,000.00 |
| ACCOUNT NO.<br><br>U.S. Department of Treasury P.o. box 740376 Atlanta , GA. 30374-0376 | | | 1999 | | | | 1,500.00 |

Sheet no. 21  of 32  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 12,000.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald_____,                    Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br><br>DFAS-DE/FYDC<br>6760 E. Irvington PL,<br>Denver, CO. 80279-7500 | | | 1998 | | | | 2,000.00 |
| ACCOUNT NO. CP14<br><br>Department of the Treasury<br>Internal Revenue Service<br>Kansas City, MO. 64999-001 | | | 2007 | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Midwestern Audit Services,<br>Inc. p.o. box 1707 Troy, MI.<br>48098-1707 | | | 1997 | | | | 100.00 |
| ACCOUNT NO. --------0HDZ<br><br>Payco-G.A.C., Inc.<br>p.o. box 69<br>Southfield, MI. 48037 | | | 1994 | | | | 100.00 |
| ACCOUNT NO. ------0HDZ5<br><br>Detroit Edison<br>p.o. box 2859<br>Detroit, MI. 48260 | | | 1994 | | | | 100.00 |

Sheet no. 22 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 7,300.00

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont

In re  Gunn, Reginald                                    ,          Case No. _____
                    **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ----0263 <br><br> DeVry University One Tower Lane Oakbrook, IL. 60181-4624 | | | 2005 | | | | 2,000.00 |
| ACCOUNT NO. 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 <br><br> DeVry University One Tower Lane Oakbrook, IL. 60181-4624 | | | 1999 | | | | 3,000.00 |
| ACCOUNT NO. 34300418 <br><br> Detroit Receiving Hospital 4201 St. Antoine Detroit, MI 48201 | | | 1994 | | | | 700.00 |
| ACCOUNT NO. 60297361 <br><br> City of Detroit Emergency p.o. box 2075 Detroit, MI. 48231 | | | 1994 | | | | 200.00 |
| ACCOUNT NO. 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 <br><br> Direct Loan p.o. box 4609 Utica, NY 13504-4609 | | | 2009 Student Loan | | | | 7,000.00 |

Sheet no. __23__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  12,900.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Gunn, Reginald _____ ,        Case No. _____
         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   369049821 <br><br> US DEPARTMENT OF EDUCATION <br> PO BOX 4169 <br> GREENVILLE, TX 75403 | | | 2003 <br> STUDENT LOAN | | | | 6000.00 |
| ACCOUNT NO.   4353840 <br><br> AMS EDUCATION LOAN TRUST <br> 1002 ARTHUR DR <br> LYNN HAVEN, FL 3244-1683 | | | 2006 <br> EDUCATION LOAN | | | | 4000.00 |
| ACCOUNT NO.   021362444 <br><br> TAB SERVICES <br> PO BOX 52039 <br> TULSA,OK 74152-0039 | | | 2002 <br> ORIGINAL CREDITOR <br> SOUTHWESTERN BELL | | | | 700.00 |
| ACCOUNT NO.   17147481 <br><br> ACADEMY COLLECTION SERVICE <br> 10965 DECATUR ROAD <br> PHILADELPHIA, PA 19154-321 | | | 2008 <br> ORIGINAL CREDITOR: DRIVE FINANCIAL <br> REVOLVING LOAN | | | | 10000.00 |
| ACCOUNT NO.   ----------3100 <br><br> VANGROFF, WILLIAMS &ASSOC <br> PO BOX  4155 <br> SARASOTA, FL 34230-41 | | | 2005 <br> ORIGINAL CREDITOR: DRIVE FINANCIAL <br> REVOLVING LOAN | | | | 7000.00 |

Sheet no. _24_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 27700.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gunn, Reginald_____,   Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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 <br><br> State of Illinois <br> P.O. Box 4385 <br> Chicago, IL 60680 | | | 2007 | | | | 6,000.00 |
| ACCOUNT NO. 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 <br><br> National Asset Management Enterprises, Inc. p.o. box 723728 Atlanta, GA. 31139 | | | 2002 | | | | 7,000.00 |
| ACCOUNT NO. PARA43870 <br><br> Bureau of Collections <br> p.o. box 628 <br> Elk Grove, CA. 95759 | | | 2007 | | | | 400.00 |
| ACCOUNT NO. P16365574 <br><br> ST. Louis County Library <br> 1640 S. Lindbergh Blvd. <br> St. Louis, MO 63131 | | | 2002 | | | | 100.00 |
| ACCOUNT NO. 814494 <br><br> Ryder Truck Rental, <br> p.o. box 020816 <br> Miami, Fl. 33102 | | | 2004 | | | | 3,000.00 |

Sheet no.__25__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 16,500.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                    ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. F6738790 <br><br> Northland Group Inc. p.o. box 390857 Edina, MN 55439 Mail Code 523 | | | 2004 Original Creditor: House Hold Bank Revolving Account | | | | 3,000.00 |
| ACCOUNT NO. 1808 <br><br> Metro Self Storage - Chicago - East 87th St. 1001 E. 87th Street, Chicago, Il. 60619 | | | 2008 | | | | 200.00 |
| ACCOUNT NO. 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 <br><br> Rainbow Loan Company 10568 Page Blvd. St. Louis, MO. 63132 | | | 2000 | | | | 500.00 |
| ACCOUNT NO. 41129030 <br><br> Rickenbacker Collections 7568 Monterey St. Gilroy, CA. 95020-5826 | | | 2005 | | | | 1,500.00 |
| ACCOUNT NO. 1008936224 <br><br> RJM Acquisitions LLC p.o. box 18006 Hauppauge, NY 11788-8806 | | | 2007 Original Creditor: Orchard Visa Revolving Acct | | | | 3,000.00 |

Sheet no. __26__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 8,200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald _____,     Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 222769044<br><br>Rodan & Fields Proactiv Solution PO BOX 11448 Des MOines, IA 50336 | | | 2008 | | | | 50.00 |
| ACCOUNT NO. 169<br><br>Payday Loan Store, 1215 E 87th Chicago. IL 60619 | | | 2004 | | | | 200.00 |
| ACCOUNT NO. 9868382048<br><br>ComED PO BOX 6111 Carol Stream, IL 60197 | | | 2010 Utility | | | | 200.00 |
| ACCOUNT NO. 9414459166-1<br><br>Sallie Mae PO BOX 9635 | | | June 2007 | | | | 11,000.00 |
| ACCOUNT NO. 550005738678<br><br>Peoples Gas PO BOX 31017 Tampa, FL 33631 | | | May 2010 | | | | 800.00 |

Sheet no. __27__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 12,700.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gunn, Reginald                                          ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -------8358 <br><br> Comcast Cable p.o. Box 3001 Southeastern, PA. 19398-3001 | | | June 2010 | | | | 700.00 |
| ACCOUNT NO. 7477053 <br><br> Payment Direct 299 South Maine, 13th Floor Salt Lake City, Utah 84111 | | | April 2010 Revolving Loan | | | | 300.00 |
| ACCOUNT NO. 360808659 <br><br> 200CASH.COM, Inc. 110 W. Ninth Street, Ste. 581, Wilmington, DE. 19801 | | | April 2010 Revolving Loan | | | | 300.00 |
| ACCOUNT NO. 40523412 <br><br> Lakota Cash, Payday Financial, LLC, p.o. box 128 Timber Lake, SD. 57656 | | | March 2010 Revolving Loan | | | | 600.00 |
| ACCOUNT NO. 37766370 <br><br> Secure 5 Global Payday Loan | | | April 2010 Revolving Loan | | | | 500.00 |

Sheet no. __28__ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2,400.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont

In re   Gunn, Reginald                                   ,          Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 360808659<br><br>Solomon Finance, Inc. 10 East Doty St., Ste. 800 , Madison, WI. 53703 | | | March 2010<br>Revolving Loan | | | | 400.00 |
| ACCOUNT NO. 205358<br><br>Summit Group LLC | | | April 2010<br>Revolving Loan | | | | 300.00 |
| ACCOUNT NO. 200027<br><br>National Credit Lenders 457 W. 159th Street, Harvey, IL. 60426 | | | March 2010<br>Revolving Loan | | | | 500.00 |
| ACCOUNT NO.<br><br>Americash Loans L.L.C. 3200 W. 159th St., Markham, IL. 60426 | | | 2010<br>Revolving Loan | | | | 500.00 |
| ACCOUNT NO. 517800738944<br><br>First Premier Bank PO BOX 5519 Sioux Falls, SD 57117 | | | 2006<br>credit card | | | | 500.00 |

Sheet no. __29__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GUNN, REGINALD_____ ,          Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -----------9821<br><br>OMNI D/B/A BEACON | | | MAY 2010<br>LOAN | | | | 500.00 |
| ACCOUNT NO. -------------9821<br><br>ILLINOIS TITLE LOAN INC.<br>8700 S. ASHLAND<br>CHICAGO, IL 60620 | | | SEPTEMBER 2007<br>TITLE LOAN | | | | 500.00 |
| ACCOUNT NO. 0052233788<br><br>CITY OF CHICAGO<br>333 S. STATE ST.SUITE 540<br>CHICAGO, IL 60604 | | | MAY 2007 | | | | 150.00 |
| ACCOUNT NO. 7000818890<br><br>CITY OF CHICAGO<br>333 S. STATE ST.SUITE 540<br>CHICAGO, IL 60604 | | | AUGUST 2007 | | | | 200.00 |
| ACCOUNT NO. 7001219266<br><br>CITY OF CHICAGO<br>333 S. STATE ST.SUITE 540<br>CHICAGO, IL 60604 | | | JUNE 2008 | | | | 150.00 |

Sheet no. _30_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,500.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __GUNN, REGINALD_____,       Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0055004365 <br><br> CITY OF CHICAGO <br> 333 S. STATE ST. SUITE 540 <br> CHICAGO, IL 60604 | | | JUNE 2008 | | | | 150.00 |
| ACCOUNT NO. 0055244698 <br><br> CITY OF CHICAGO <br> 333 S. STATE ST. SUITE 540 <br> CHICAGO, IL 60604 | | | NOVEMBER 2008 | | | | 100.00 |
| ACCOUNT NO. 0055510803 <br><br> CITY OF CHICAGO <br> 333 S. STATE ST. SUITE 540 <br> CHICAGO, IL 60604 | | | NOVEMBER 2008 | | | | 100.00 |
| ACCOUNT NO. 0055374868 <br><br> CITY OF CHICAGO <br> 333 S. STATE ST. SUITE 540 <br> CHICAGO, IL 60604 | | | NOVEMBER 2008 | | | | 100.00 |
| ACCOUNT NO. 0056135218 <br><br> CITY OF CHICAGO <br> 333 S. STATE ST. SUITE 540 <br> CHICAGO, IL 60604 | | | MARCH 2009 | | | | 150.00 |

Sheet no. _31_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 600.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Gunn, Reginald _____ , Case No. _____
              **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1957330705<br>Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA 22119 | | | 5/2004 | | | | 2500.00 |
| ACCOUNT NO. 369049821<br>Illinois Department of Revenue<br>*Bankruptcy section*<br>*100 W, Randolph St.*<br>*Chicago IL 60001* | | | 6/2009 | | | | 3000.00 |
| ACCOUNT NO. 945675<br>Palisades Collection LLC<br>Acct# 945675<br>PO BOX 1244<br>Englewood Cliffs, NJ 07632 | | | 9/2007<br>Original Creditor: Drive Financial Revolving Loan | | | | 10000.00 |
| ACCOUNT NO. 99369049821<br>Linebarger Goggan Blair & Simpson LLP<br>Acct# 99369049821<br>PO BOX 06140<br>Chicago, IL 60606 | | | 5/2009 | | | | 1000.00 |
| ACCOUNT NO. 031916691-0101-026<br>Geico General Insurance Company<br>Attn: Claims Department<br>One Geico Center<br>Macon, GA 31294 | | | 2/2009 | | | | 20000.00 |

Sheet no. _32_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 36500.00

Total▶ | $ 279770.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re ___GUNN, REGINALD_____ ,        Case No._____
         **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re _____Gunn, Reginald_____ ,         Case No. _____
                      **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re ___GUNN, REGINALD_____ ,          Case No. _____
                **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **SEPERATED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): VICTOR GILL and DONOVAN GUNN | AGE(S): 15 and 10 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Data Entry Clerk | |
| Name of Employer | Consumer Electronic Distributors | |
| How long employed | 1 YEAR 2 MONTHS | |
| Address of Employer | 3085 COMMERCIAL, NOTHBROOK, IL 60062 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,960.00 | $ |
| 2. | Estimate monthly overtime | $ 0.00 | $ |
| 3. | SUBTOTAL | $ 1,960.00 | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ | $ |
| | d. Other (Specify): _____ | $ 520.00 | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 520.00 | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 1,440.00 | $ |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. | Income from real property | $ 0.00 | $ |
| 9. | Interest and dividends | $ 0.00 | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. | Social security or government assistance (Specify): _____ | $ 0.00 | $ |
| 12. | Pension or retirement income | $ 0.00 | $ |
| 13. | Other monthly income (Specify): _____ | $ 0.00 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 1,440.00 | $ |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,440.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

B6J (Official Form 6J) (12/07)

In re  GUNN, REGINALD                          ,        Case No. _____
              **Debtor**                                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 500.00 |
|    a. Are real estate taxes included? | Yes _____ No ✓ | |
|    b. Is property insurance included? | Yes _____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 250.00 |
|    b. Water and sewer | | $ 0.00 |
|    c. Telephone | | $ 290.00 |
|    d. Other  CABLE INTERNET | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 80.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ 0.00 |
|    b. Life | | $ 0.00 |
|    c. Health | | $ 0.00 |
|    d. Auto | | $ 0.00 |
|    e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ 0.00 |
|    b. Other  LOAN PAYMENTS | | $ 500.00 |
|    c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,470.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 1,440.00 |
|    b. Average monthly expenses from Line 18 above | $ 2,470.00 |
|    c. Monthly net income (a. minus b.) | $ -1,030.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re ___GUNN, REGINALD_____,        Case No. _____
          **Debtor**                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___56___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6 / 14 / 10___                    Signature: ___Reginold Gunn___
                                                   **Debtor**

Date _____                Signature: _____
                                            **(Joint Debtor, if any)**

                                  **[If joint case, both spouses must sign.]**

-------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                         Signature: _____

                                       **[Print or type name of individual signing on behalf of debtor.]**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

In re: GUNN, REGINALD _____ ,    Case No. _____
                Debtor                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1. **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $1,960.00 | EMPLOYMENT-CONSUMER ELECTRONIC DISTRIBUTORS |

2

**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

                    AMOUNT                                                    SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made*
within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.*

None

☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None

☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None

☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

### 6.   Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7.   Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.   Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**10.   Other transfers**

None

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.   Closed financial accounts**

None
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

7248 S. Langley    Gunn, Reginald    Feb, 2005 – Feb, 2008
Chicago, IL 60619

4318 S. Prairie Ave Apt 2N  Gunn, Reginald  Nov, 2008 – March, 2009
Chicago, IL 60653

**16.  Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None
☑

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None
☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                                            OF  INVENTORY
                                                                            (Specify cost, market or other
                                                                            basis)

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES
                                                                    OF CUSTODIAN
                                                                    OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☑    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE                NATURE AND PERCENTAGE
                                                                    OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___6 / 14 / 10___   Signature of Debtor ___Reginald Dixon___

Date _____   Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

gunn.txt

```
CACI
Acct# G34939
P.O. BOX 270480
Saint Louis, MO 63127

Account Secure
200 Somerset Corporate Blvd. Suite 100
Bridgewater, NJ 08807

BFC Insurance Agency of Nevada
Acct# C03284644
PO BOX 6983
Bridgewater, NJ 08807

Murphy Martin Recovery, Inc.
Acct# 66742184
3601 Swann Ave Ste 112
Tampa, FL 33609

National Check Control
Acct# 677540
55 Hartz Way Ste 202
Secaucus, NJ 07094

Advocate Christ Medical Center
Acct# 92-6343214
Physician Billing
PO BOX 3597
Spring field, IL 62708

Allied Interstate, Inc.
Acct# p18213899
Client Acct# 3136055520001
PO BOX 361774
Columbus, OH 43236

Ameren UE
Acct# 4641 145 6601 2 9
One Ameren Plaza
1901 Chouteau Avenue
Saint Louis, MO 63166

Ameren UE
Acct# 4641 145 6601 2 9
PO BOX 66301
Saint Louis, MO 63166

American Credit Systems
Acct# 79544
41743 Enterprise Circle N Ste. 204
Temecula, California 92593

National Audit Services
Acct# 79544
41743 Enterprise Circle N Ste. 203
Temecula, California 92593
```

gunn.txt

```
Credit Pac
Acct# 773651103656
CP# 1068200-99
PO BOX 967
Tinley Park, IL 60477

Ameritech
Acct# 7736511003 6566
PO BOX 4520
Carol Stream, IL 60197

Ameritech
Acct# 7736511003 6566
PO BOX 29670
Chicago, IL 60629

Northland Group Inc.
Acct# 72088262 1
PO BOX 390846
Mail Code S34
Edina, MN 55439

Allied Interstate Special Division
Acct# 3136055520001
PO BOX 1471
Minneapolis, MN 55440

Credit Bureau Accounts Inc.
Acct# 0004481791
1101 Main Street Ste 300
Peoria, IL 61606

Diversified Adjustment Services, Inc.
Acct# 481791
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

Diversified Adjustment Service, Inc.
Acct# 1236521
PO BOX 32145
Fridley, MN 55432

Merchants Credit Guide Co.
Executive Offices
Acct# 46611106
233 W Jackson Blvd.
Chicago, IL 60606

ER Solutions, Inc.
Acct# 46611106
500 SW 7th St. # A 100
9004 Renton,WA 98057

Capital Management Services, Inc
2201 Niagara Street
Buffalo, NY 14207
```

gunn.txt

HomeComings Financial Network
Acct# P76121
7801 Metro Parkway, Ste 100
Bloomington, MN 55425

Resurgent Capital Services, L.P
Acct # 1177456167
PO BOX 5025
Sioux Falls, SD. 57117-5025

Asset Acceptance LLC
Acct# 0092210997
PO BOX 2036
Warren, MI 48090

Wolpoff & Abramson, L.L.P
Two Irving Centre
Acct# 160037794
702 King Farm Blvd
Rockville, MD 20850

AT&T
Acct# 77348710521136077
P.O. BOX 8212
Aurora, IL 60572

JNR Adjustment Company Inc.
Acct# BUD044458
520 N. Semoran Blvd, Ste. 250
Orlando, FL 32807

Avis Budget Group, Inc
Acct# 07A092829
PO BOX 592188
Orlando, FL 32859

Avis Rent a Car System
Acct# 07A092829
LLC Vehicle Damage Claims
PO BOX 409309
Atlanta, GA 30384

Billing Law, P.C.
Acct# 07A092829
80 Broad Street
24th Floor
New York, New York 10004

Budget Rent a Car
Acct# MDWAA4135401
PO BOX 95322
Chicago, IL 60695

Budget Rent a Car
Acct # PO1185182
PO BOX 598205
Orlando, FL 32859

gunn.txt

Avis Budget Group- Elk Grove
Acct# PO1185182
1000 S. Elmhurst Rd.
Elk Grove, IL 60007

Budget Group, Inc.
Acct# 266697723
300 Centre Pointe Drive
Virginia Beach, VA 23462

William H. HUnter Attorney at Law
Acct# 08123
29 South Lasalle Street Ste 950
Chicago, IL 60603

Check n' Go of Missouri
Acct# 1114-1127
12271 Natural Bridge Road
Bridgeton, MO 63044

FBCS
Acct# 153761780
841 E. HUnting Park AVe
Philadelphia, PA 19124

Paragon Way, Inc
Acct# 4833700
2101 W. Ben White Blvd # 103
Austin, TX 78704

Paragon Way, Inc
Acct# UP301188
PO BOX 42829
Austin, TX 78704

National Check Bureau, Inc.
Acct# UP301188
Legal Department
11802 Conrey Road
Cincinnati, OH 45249

Biehl&Biehl
Acct# 4256856
PO BOX 87410
Carol Stream, IL 60188

Chicago Tribune
Acct# 64771422
PO BOX 6490
Chicago, IL 60680

Chicago Tribune
Acct# 33599591
PO BOx 6490
Chicago, IL 60680

gunn.txt

Citizens National Bank
Acct# 943984701
7305 Manchester Road
Saint Louis, MO 63143

National Credit Co
Acct# 70439989
Collection Department 100
Orchard Lake Road at 14 1/2 Mile
Farmington Hills, MI 48334

National Credit Co
Acct# 70439989
Collection Department 100
PO BOX 3320
Farmington Hills, MI 48334

Compass Investment Group Ltd.
PO BOX 0030
Chicago, IL 60690

Credit Acceptance Corp
Acct# 5540947
PO BOX 551888
Detroit, MI 48255

Credit ACceptance Corp
Acct# 10154
PO BOX 5107
Southfield, MI 48086

Daniels Realty Froup Inc
12882 Manchester Road Ste 201
Des Peres, MO 63131

US Department of the Treasury
FMS
Acct# p00049044
PO BOX 740376
Atlanta, GA 30374

Equinox Financial Management Sol
Acct# 000311330
2720 S. Riverrand Road ste 4
Des Plaines, IL 60018

First City Servicing Financial
Acct# 8019089807
PO BOX 562088
Dallas, TX 75356

Cook County Circuit
Richard Daley Ct.
Chicago, IL 60602

gunn.txt

Cook LAw Magistrate
50 W. Washington Rm 100
Chicago, IL 60602

Saint Louis County
7900 Carondolet
Saint Louis, MO 63105

Illinois Department of Employment Sec
Benefit Payment Control Division
Acct# 369049821
PO BOX 4385
Chicago, IL 60680

Peoples Gas Light & Cole Co.
Acct# 5 5000 5730 8678
130 E. Randolph Drive
Chicago, IL 60601

Comed Customer Care Center
Acct#  9868382048
Attn: Revenue Management Dept
2100 Swift Drive
Oakbrook, IL 60523

City of Chicago Department of Revenue
Acct# 0055004365
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

City of Chicago Department of Revenue
Acct# 0055244698
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

City of Chicago Department of Revenue
Acct# 0055510803
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

City of Chicago Department of Revenue
Acct# 0055374868
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

City of Chicago Department of Revenue
Acct# 0056135218
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

gunn.txt

City of Chicago Department of Revenue
Acct# 0052233788
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604


City of Chicago Department of Revenue
Acct# 7000818890
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

City of Chicago Department of Revenue
Acct# 7001219266
Bureau of Parking Bankruptcy
333 S. State Street Suite 540
Chicago, IL 60604

Department of Treasury
Internal Revenue Service
Centralized Insolvency Operations
ACCT# 369049821
PO BOX 21126
Philadelphia, PA 19114

AT&T Wireless
Bankruptcy Department
Acct# 77348890011135138
PO BOX 309
Portland, OR 97207

AT&T
Bankruptcy Department
Acct# 77348890011135138
PO BOX 769
Arlington, TX 76004

AT&T
Bankruptcy Department
Acct# 77348710521136077
PO BOX 769
Arlington, TX 76004

Comcast
Acct#
PO Box 3002
Southeastern, PA 19398

Health Care Credit Union
1151 East Warrenville Road
Naperville, IL 60563

Midwestern Audit Services, Inc
PO BOX 1707
Troy, MI 48098

gunn.txt

Payco-GAC Inc
Acct# 014YM727000
Po BOX 69
Southfield, MO 48260

Detroit Edison
Acct# 014YM727000
PO BOX 2859
Detroit, MI 48260


United Compucred Collections, Inc
Acct# 014YM727000
PO BOX 111100
Cincinatti, OH 45211

Devry University
Acct# 369049821
One Tower Lane
OakBrook, IL 60181

Devry University
Acct# 369049821
3300 N Campbell Avenue
Chicago, IL 60681

Detroit Receiving Hospital
Acct# 34300418
4201 St. Antoine Patient Financial Services
Detroit, MI 48201

City of Detroit Emergency
Medical Service Billing Office
Acct# 386004606
PO BOX 2075
Detroit, MI 48231

US department of Education
Acct# 369049821
PO BOX 4609
Utica, NY 13504

AMS Education Loan Trust
Acct# 4353840
1002 Arthur Dr.
Lynn Haven, FL 32444

Tab Services
Acct# 021362444
1754 Utica Square
PO Box 52039
Tulsa, OK 74152

National Collection Consultants, Inc
PO BOX 94410
North Little Rock, Arkansas 72190

gunn.txt

Southwestern Bell Collection Division
Acct# 636527576657
PO BOX 930170
Dallas, TX 75393

Academy Collection Services,Inc
Acct# 17147481
10965 Decatur Road
Philadelphia, PA 19154


Vengroff Williams & Associates, Inc.
PO BOX 4155
Sarasota FL. 34230-4155

RGS Collections, Inc
Acct# 109626 3
3333 Earhart Drive Ste. 350
Carrollton, TX 75006

Professional Bureau of COllections
Acct# 1213 626
PO BOX 628
Elk Grove, CA 95759

Saint Louis Count Library
Allocations Department
Acct# P16365574
1640 S. Lindbergh Blvd
St. Louis, MO 63131

Ryder Truck Rental
Consumer Rental Collections
Acct# 814494
PO BOX 020816
Miami, FL 33102

Northland Group Inc
Acct# F6738790
Mail Code 523
PO BOX 390857
Edina, MN 55439

Metro Self Storage
Acct# 1808
1001 E. 87th Street
CHicago, IL 60619

Rainbow Loan Company
Acct# 369049821
10568 Page Blvd
Saint Louis, MO 63132

Specified Credit Association
Acct# 369049821
3450 Bridgeland Drive, Ste F
Bridgeton, MO 63044

gunn.txt

Rickenbacker Collections
Acct# 41129030
7568 Monterey St
Gilroy, CA 95020

Elite Recovery Services, Inc
Acct# 1475497
PO BOX 3474
Biffalo, NY 14240

Rodan & Fields
Acct# 46335222769044
PO BOX 11448
Des Moines, IA 50336

SKO Brenner American Inc.
Acct# 46335222769044
40 Daniel Street
PO BOX 230 Farmindale, NY 11735

Payday Loan Store
1215 E. 87th
CHicago, IL 60619

Payday Loan Store
1958 W. Cermak Rd., Ste 2.
Chicago, IL 60608

Comcast Cable
Acct# 8798300035868358
PO BOX 3002
Southeastern, PA 19398

Payment Direct The Wells Fargo Center
Acct# 7477053
299 South Maine 13th Floor
Salt Lake City, Utah 8411

200 Cash.com, Inc
110 W Ninth Street Ste 581
Wilmington, DE 19801

Lakota Cash, Payday Financial, LLC
Acct# 40523412
PO BOX 128
Timber Lake, SD 57656

Soloman Finance, Inc
10 East Doty St Ste 800
Madison, WI 53703

National Credit Lenders
Acct# 200027
457 W. 159th Street
Harvey, IL 60426

gunn.txt

Americash Loans LLC
Acct# 10721
3200 W. 159th St
Markham, IL 60426

Illinois Title Loan
Acct# TL-IL0328-080909-3108-00
8700 S. Ashland
Chicago, IL 60620

First Premeir Bank
ACct # 517800738744
PO BOX 5519
SIOUX FALLS, SD 57117

Telecheck Services, Inc
5251 Westheimer
Houston, TX 77210

National Credit Corp.
BO BOX 3320
Farmington Hills, MI 48333

Academy Collections Service
Acct# 17147481
10965 Decatur Road
Philadelphia PA 19154

Vengroff Williams & Associates
PO BOX 4155
Sarasota FL 34230

RJM Aquisitions
PO BOX 18006
Hauppauge, NY 11788

Schnucks
PO BOX 28429
Saint Louis, MO 63146

The St. Micheals School
6345 Wydown Boulevard
Saint Louis, MO 63105

Whitfield School
Acct# Victor Gunn
175 South Mason Road
St. Louis, MO 63141

Warrior Premium Payment
Acct# 115350-01
PO BOX 389032
Chicago, IL 60638

gunn.txt

American Service Insurance
Acct# MOPP 497148-0
9801 West HIggins Road
Rosemony, IL 60018

Southside YMCA
6330 S. StonyIsland
Chicago, IL 60637

Account Secure 200
Somerset Corporate Blvd Ste 100
Bridgewater, NJ 08807

BFC Insurance Agency
Acct# CO3284644
PO Box 6983
Bridge Water, NJ 08807

Paragon Way, Inc.
Acct# UP301188
2101 W. BenWhite Blvd #10
Austin, TX 78704

FBCS
Acct# 626
841 E. Hunting Park Ave
Philadelphia, PA 19124

National Check Bureau, Inc
Attn:Legal Department
11802 Conrey Road
Cincinnati, OH 45249

Drive Financial
PO BOX 660633
Dallas, TX 75266

TCF Nation BAnk
Attn: MAil Code 268-0L 500
Acct# 1438965233
500 JOilier Road
Willowbrook, IL 60527

ACC International ACC bldg
919 Estes Court
Schaumburg, IL 60193

United Cash Loans
Acct# 72430
3533 N Carson St # 5020
Carson City. NV 89706

gunn.txt

```
PFG of MInnesota
Acct# 0934000021671
7825 Washington Ave. S Ste 310
Minneapolis, MN 55439

US Cellular
Acct# 717837533
PO BOX 0203
Palatine, IL 60055

Sprint
c/o Credit Department
1099 18th Street Ste. 1400
Denver, CO 80202

GRG General Revenue
PO BOX 4599-0147
Cincinatti, OH 45249

Direct LOan
PO BOX 530260
Atlanta, GA 30353

TCF National Bank
Acct# 4876809948
PO BOX 170995
Milwaukee, WI 53217

TCF Bank
Acct# 1438965233
801 Marquette Ave
Minneapolis, MN 55402

Palisades Collection LLC
Acct# 945675
PO BOX 1244
Englewood Cliffs NJ 07632

Illinois Department of Transportation
Acct# 200901075623
Accident Records Section
1340 N 9th Street
Sprigfield, IL 62766

Linebarger Goggan Blair & Simpson LLP
Acct# 99369049821
PO BOX 06140
Chicago, IL 60606

Geico General Insurance Company
Attn: Claims Department
Acct# 031916691-0101-026
One Geico Center
Macon, GA 31294
```